# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Administradores de Maquila, S. de RL de C.V., <br><br>Plaintiff, <br><br>v. <br><br>MXM NV Incorporated, et al., <br><br>Defendants. | NO. CV-24-00435-TUC-RCC <br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants **MXM NV Incorporated, AZ Merch Machine Incorporated, Adde Issagholi, Unknown Issagholi, Vahe Esraeli Estepanian, and Mary Roe Estepanian**.

DEFAULT ENTERED this 6th day of May, 2025.

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

May 6, 2025

                                          s/ M. Espinoza
                                    By   Deputy Clerk